**UNITED STATES BANKRUPTY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

**RAHIM ALI,**

**Case No.:  20-12695 SLM**

**Debtor**

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed.  The undersigned shall immediately forward a check to the Court in the amount of $1,981.03, payable to the Clerk, United States Bankruptcy Court. The party entitled to said funds is listed below together with the last known address and other additional information.

Payee Name & Address:     RAHIM ALI - Debtor's Refund
                          329-331 N. 7TH STREET
                          NEWARK, NJ  07107

Amount:                   $1,981.03

Trustee Claim Number:     0

Reason:                    Not Cashing

                                    By:   /S/  Marie-Ann Greenberg

Dated:  May 17, 2021                      MARIE-ANN GREENBERG
                                          CHAPTER 13 STANDING TRUSTEE